*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided June 24, 2010

### STATE OF CONNECTICUT *v.* WILLIAM TOCCO

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 768 (AC 30287), is denied.

*Kevin Murray Smith*, in support of the petition.

*Nancy L. Chupak*, senior assistant state's attorney, in opposition.

Decided June 24, 2010

### MARK HEINONEN *v.* JAMES M. MANDRACCHIA ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 120 Conn. App. 836 (AC 30858), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Mark Heinonen*, pro se, in support of the petition.

*J. Kevin Golger*, in opposition.

Decided June 24, 2010